IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Criminal Case No.  06-CR-00480-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     KAH POH CHEAH,
2.     WAI CHONG KONG,
3.     KIT CHI HO,

        Defendants.

_____

ORDER
_____

       The defendants, Kah Poh Cheah, Wai Chong Kong, and Kit Chi Ho, have filed a joint motion, which the Government does not oppose, to declare the case complex.  18 U.S.C. § 3161(h)(8)(B)(ii).  They state that the indictment resulted from a six-month, multiple-agency investigation.  Discovery is estimated to constitute 3500 pages, including surveillance records, financial and telephone records, and warrant search records.  The defendants do not speak English, and much of the discovery must be translated.

       For those reasons, and for the reasons stated on the record during the February 9, 2007 hearing, I find and conclude that the case is complex and that it would be unreasonable to expect the defendants adequately to prepare for trial within the time limits established in 18 U.S.C. § 3161.  I further find and conclude that the ends of justice served by a declaration of complexity outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, the defendants' joint motion to declare the case complex [docket # 37] is GRANTED.

Dated: February   9  , 2007 in Denver, Colorado.

                                          BY THE COURT:

                                            s/Lewis T. Babcock
                                          Lewis T. Babcock, Chief Judge