IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Criminal Case No.  06-cr-00480-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     KAH POH CHEAH,
2.     WAI CHONG KONG,
3.     KIT CHI HO,

        Defendants.

_____

## ORDER
_____

      Wai Chong Kong and Kit Chi Ho have moved to extend the deadline for filing motions.  They are currently in plea discussions with the Government, and each, the spouse of the other, intends to negotiate contingent upon the other obtaining a satisfactory plea deal.  For these and the other reasons stated on the record during the April 11, 2007 hearing, it is ORDERED that:

1) the deadline for filing motions is extended until **May 2, 2007**;

2) a further status and scheduling hearing, for which the defendants' presence is waived, shall occur on **May 3, 2007 at 2:00 P.M.**; and

3) a change of plea hearing for Kah Poh Cheah shall occur on **May 1, 2007 at 2:00 P.M.**.

Dated: April  11 , 2007 in Denver, Colorado.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                      Lewis T. Babcock, Chief Judge