IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-CR-00480-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  KAH POH CHEAH,

    Defendant.

_____

**PRELIMINARY ORDER OF FORFEITURE**
_____

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. The Court having read said Motion and being fully advised in the premises finds:

The United States and Defendant Kah Poh Cheah entered into a Plea Agreement and Statement of Facts Relevant to Sentencing which provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. §982;

THAT prior to the disposition of forfeited property, the Federal Bureau of Investigation, or its designated agent, is required to seize the forfeited property and provide notice to any third parties in accordance with Fed.R.Crim.P. 32.2(b)(3);

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT defendant Kah Poh Cheah's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. §982, and Fed.R.Crim.P. 32.2:

      a.  All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements located at 11081 Valleybrook Circle, Highlands Ranch, Colorado more fully described as:   Lot 285 Highlands, Ranch Filing No. 122-Y, County of Douglas, State of Colorado;

      b.  2002 Mercedes Benz, VIN 4JGAB54E12A292574;

      c.  2006 Toyota Sienna VIN 5TDBA23C66S060541;

      d.  $5,000.00 in United States Currency.

THAT the Federal Bureau of Investigation, or its designated agent, is directed to seize the property subject to forfeiture and further to make your return as provided by law;

THAT the Federal Bureau of Investigation, or its designated agent, shall publish notice of this Preliminary Order of Forfeiture and its intent to dispose of the subject property and to make its return to this Court that such action has been completed;

THAT pursuant to Fed.R.Crim.P. 32.2(b)(3), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment;

THAT if no third party files a timely petition, a Final Order of Forfeiture shall enter, and the United States shall have clear title to the property and may dispose of it in accordance with law.

SO ORDERED this   28th   day of         June        , 2007.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK
United States District Court Judge